IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 FEB 28 P 12: 36

__Nathaniel Gold__  ) Civil Action No. _____
[Enter the full name of the plaintiff in this action]  ) (to be assigned by Clerk)
)
) **COMPLAINT**
v.  ) **State Prisoner**
)
Chief, Capers Wannamaker, SMPD. )
Judge, Thomas Randolph Jr. )
ST Matthews Police Dept, )
ST Matthews Town Hall. )
)
_____ )
Enter above the full name of defendant(s) in this action  )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____    No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      (If federal court, name the district; if state court, name the county)

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
      (For example, was the case dismissed? Appealed? Pending?)

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: *Orangeburg-Calhoun Regional Det. Center*

B. What are the issues that you are attempting to litigate in the above-captioned case? *illegally executing and issuing a false warrant and false imprisonment.*

C. (1) Is there a prisoner grievance procedure in this institution? Yes____ No____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes____ No____

When_____ Grievance Number (if available) _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes____ No____

E. When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes____ No____

G. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: *Nathaniel Gold*    Inmate No.: *10 264*

Address: *P.O. Box 9000, Orangeburg, SC 29116*

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: *Capers Wannamaker*    Position: *Cheif of Police*

Place of Employment: *ST Matthews Police Dept.*

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

*Thomas Randolph Jr, Magistrate Judge*
*ST Matthews Town Hall / Cameron Magistrate*

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

On October 6, 2010 Cheif of ST Matthew Police Dept. Capers Wannamake and Magistrate Judge Thomas Randolph Jr of St Matthews Town Hall/Cameron Magistrate knowingly and willingly executed a false warrant on me (Nathaniel Gold). The warrant number is G-290140 for ST Matthews Police Dept was illegally searved by Calhoun County Sheriffs office Oct 6, 2010, which led me (Nathaniel Gold) to catch additionall charges. Warrant number G-290140 is for assault and battery 3rd degree. This warrant was served and executed oct 6, 2010. Calhoun County Sherriff never took me to recieve a bond or a court date for the warrant. I was in the county jail for 5 months without a bond or a court date for this assault and battery warrant and there are no file of this warrant in the Calhoun Clerk of court office. I also facing other charges becouse of this illegal warrant. Calhoun County sherriffs served the warrant on me (Nathaniel Gold) out there Jurisdiction and Prosecuting me (Nathaniel Gold) for a warrant issued by ST Matthews Police Dept. The charge is a 30 day charge, I never recieved a bond or a court date, and the Clerk of Court dont have a file on warrant G-290140 — assault and battery. The warrant also do not state a victims name or where incident took place. I havnt

IV. STATEMENT OF CLAIM - continued.

seen a statement from a victim stating that I (Nathaniel Gold) assaulted them. I (Nathaniel Gold) was falsely arrested for this warrant and is going to General Sessions court for other charges because of this false warrant. I was given a $200,000 bond for the charges that I cought when the Sherriff arrested me in Lake View Apt but I never received a bond or a court date for the warrant that I've been arrested for. Everytime I ask about a bond and a court date, its alway being ignored. I was asking the on shift supervisor at the about geting in touch with Judge Randolph about giving a bond and court date since November 2010, still nothing. I even asked my attorney about the warrant and geting a bond and a court date. My attorney Diana Holt tell me that Calhoun County Clerk of Court say the file on that warrant do not exsist. I would not have the charges that I have now If it wasn't for the false warrant. I (Nathaniel Gold) want legal action againts the ST. Matthews Police Dept.
Complaint - State Prisoner
Revised October 3, 2007

V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I want the court to seek into this matter for that my 4th admind have been violated and would like compensation for every day that I was here in the Orangeburg-Calhoun Det. cent and for my charges to be dissmissed. I would like $150,000 from the St. Matthews Police Dept and Town Hall.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 24 day of Febuary, 20 11.

*Nathaniel Hold*

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007