Nathaniel Hall
Orangeburg-Calhoun Regional Det. Center
P.O. Box 900
Orangeburg SC 29116

ITEM X-RAYED BY USMS

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 FEB 28 P 12:36

Larry Propes (Clerk U.S.D.)
District of South Carolina
901 Richland St
Columbia, SC 29



5:11-cv-00476-HMH    Date Filed 02/28/11    Entry Number 1-1    Page 2 of 2