Case 5:11-CV-00476-HMH-JRM        Date Filed 3/28/11

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 APR -8 P 12:46

Nathaniel Gold,
   Plaintiff,

vs.

Chief, Capers Wannamaker, SMPD;
Judge, Thomas Randolph Jr.;
St. Matthews Police Dept.;
St. Matthews Town Hall,
   Defendants.

C/A No. 5:11-476-HMH-JRM

MOTION TO OBJECT:-

To: Judge, Joseph R. McCrorey,

I (Nathaniel Gold), The Plaintiff in the above mentioned opening do object to allowing St. Matthews Police Dept and Judge, Thomas Randolph Jr. to be dismissed from this case.

I do on the other hand approve/agree that the Town Hall be exempted. Further, I would ask the Court to allow me to Amend my complaint to include, Lt. Andrew Hayes and officer, Richard I Murphy, and officer, Edgar Williams, All of the St. Matthews Police Dept. for their active role Participation in my case.

1

# CONCLUSION

Wherefore, base on the above statement, the Plaintiff seek to object the dissmissel of Defendant Judge, Thomas Randolph Jr., and St. Matthews Police Dept and to Amend Complant to Lt. Adrew Hayes, ofc. Richard Murphy and ofc. Edgar Williams, all serve with the St. Matthews Police Dept.

Respectfully Submitted,
Nathaniel Gold

*Nathaniel Gold*
O.C.R.D.C
P.O. BOX 9000
Orangeburg, SC
29116

April 7, 2011
Orangeburg, South Carolina

2