

Nathaniel Gold
Orangeburg-Calhoun Regional Detention
P.O. Box 7000
Orangeburg SC 29116

IT - 1 X-FAYED
BY USMS
(HMH)
(4P)11

Larry Propes (Clerk)
Clerk's Office
901 Richland St
Columbia SC 29201

SEND MONEY BY POSTAL MONEY ORDER O...
NO CASH
THE ORANGEBURG-CALHOUN REGIONAL DETENTION
CENTER HAS NEITHER OPENED NOR INSPECTED
THIS ITEM, THEREFORE THE CENTER DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS

Orangeburg-Calhoun Regional
Detention Center
1520 Ellis Avenue
P.O. Box 9000
Orangeburg, SC 29116-9000