THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Nathaniel Gold
            Plaintiff

        vs.

Chief, Capers Wannamaker, SMPD
            Defendant

C.A. No. 5:11-476-HMH-JRM

~~MOTIO~~ MOTION TO
AMEND.

United States Magistrate Judge Joseph R. McCrorey, and clerk of Court Larry Propes:

Comes Now The Plaintiff, Nathaniel Gold respectfully requests that the District Court, District of South Carolina will Amend Ofc Edgar Williams and Ofc. Richard Murphy, both of the St. Matthews Police Dpt. for there role in the issuing and serving false warrant (6-290140) in the above Case.

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 APR 29 P 12: 39

Conclusion

Wherefore, based on the above statement the Plaintiff would like to Amend Ofc Edgar Williams and Richard Murphy of the St Matthews Police Dept. Plaintiff will like to both for 50,000 apiece for there role in serving of false warrant and false imprisonment.

Respectfully Submitted
Nathaniel Gold
Nathaniel Gold

April 28, 2011
Orangeburg, SC

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 APR 29 P 12: 39