AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Nathaniel Gold | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 5:11-476-HMH-JRM |
| Chief Capers Wannamaker; Lt. Andrew Hayes; Ofc. Richard Murphy; and Ofc. Edgar Williams, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lt. Andrew Hayes, Ofc. Richard Murphy, and Ofc. Edgar Williams
St. Matthew Police Dept.
1813 Bridge St.
St. Matthews, SC  29135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nathaniel Gold
Orangeburg-Calhoun Reg. Det. Center
P.O. Box 9000
Orangeburg, SC  29116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/06/2011                                                      s/Karen Boston
                                                                        *Signature of Clerk or Deputy Clerk*

