Nathaniel Gold
5-25-11
Orangeburg, SC

Larry Propes
United States Dist. Court
District of South Carolina

Re: Case # 5:11-CV-00476-HMH-JRM

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 MAY 27 P 12:05

Dear Mr Propes,

I am submitting this letter with the court to inform you that I am being released today, May 25, 2011, from the Orangeburg-Calhoun Reg. Dent Center and that my address will be changed. Please send all mail to 104 Carr Street, St. Matthews, South Carolina 29135.

Respectfully Submitted
Nathaniel Gold
*Nathaniel Gold*