Nathaniel Gold
104 Carr St
S. Matthews, SC 29135

RECEIVED
USDC CLERK, COLUMBIA, SC

2011 MAY 27 P 12: 05

ITEM X-RAYED BY USMS

Tob
52711

29201$2431

Larry Popes (Clerk)
SC, District Court
Columbia, SC 29201

26 MAY 2011 PM 1 L

COLUMBIA SC 290

USA44