# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Gold,<br><br>          Plaintiff,<br><br>v.<br><br>Chief Capers Wannamaker, SMPD; Lt. Andrew Hayes, St. Matthews Police; Richard Murphy, Ofc SMPD; Edgar Williams Ofc SMPD,<br><br>          Defendants. | C/A No.: 5:11-476-HMH-JRM<br><br><br><br>**CERTIFICATE OF SERVICE** |

      This is to certify that I, Nikole H. Boland, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be served upon the person named below the attached **Answer** in the above-captioned matter via United States mail, first-class postage prepaid, to the following individual:

Nathaniel Gold, #10264
Orangeburg-Calhoun Regional Detention Center
PO Box 9000
Orangeburg, SC 29116

                                                  s/Nikole H. Boland
                                                  Nikole H. Boland

Columbia, South Carolina

June 28, 2011