# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Nathaniel Gold | COURT CASE NUMBER: 5:11-476-HMH-JRM |
| DEFENDANT: Edgar Williams | TYPE OF PROCESS: CV |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Edgar Williams, St. Matthews Police Dept.

**AT** ADDRESS: 1813 Bridge St. St. Matthews SC 29135

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nathaniel Gold
O'burg-Calhoun Det Center
PO Box 9000
Orangeburg SC 29116

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
N. Gold

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 5/27/11 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Quintilla Curry - St. Matthews PD

Date of Service: 06/22/11  Time: 8:20 pm

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 110 | 51 | 8.00 | 169.00 | | |

REMARKS: 6/3/11 1st cnd cert mail $11.33 postage
6/17/11 to Cola Ops for P/S

1 DUSM X 2HRS X 55 = 110    100 MILES RT X .51 = 51

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)