# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Nathaniel Gold | COURT CASE NUMBER: 5:11-476-HMH-JRM |
| DEFENDANT: Ofc. Richard Murphy | TYPE OF PROCESS: CV |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ofc. Richard Murphy, St. Matthew Police Dept

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1813 Bridge St, St. Matthews, SC 29135

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nathaniel Gold
Orangeburg-Calhoun Reg. Dent. Center
P.O. Box 9000
Orangeburg, SC 29116

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Nathaniel Gold
TELEPHONE NUMBER:
DATE: 4-28-11

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 71
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk
Date: 5/27/11

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/09/11    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | 8.00 | 8.00 | | |

REMARKS: 6/3/11 1st cnd cert mail @ 11.32 postage -JM

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Richard Murphy
St Matthews Police Dept
1813 Bridge Street
St Matthews, SC  29135

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RICHARD MURPHY
  Richard D. Murphy
☐ Agent
☐ Addressee

B. Received by (Printed Name)
RICHARD I. MURPHY

C. Date of Delivery
6-9-20 11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
(Transfer from service label)
7010 2780 0003 1177 7515    11-476

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540