UNITED STATES DISTRICT COURT
District of South Carolina

5:11-476

Nathaniel Gold
  Plaintiff,

vs

Capers Wannamaker,
Andrew Hayes,
Richard Murphy,
Edgar Williams,
  Defendants,

Case No.

RECEIVED, CLERKS OFFICE

MOTION TO EXTEND TIME TO FILE ALL MOTIONS

Nathaniel Gold, Plaintiff, Hereby file a Motion to Extend time to file all Motions refering to the above case.

Respectfully Submitted
Nathaniel Gold
*Nathaniel Gold*
8-3-2011

8-3-2011
Orangeburg, SC
29116

Mr. Larry Propes, Clerk of Court
901 Richland St
Columbia, SC 29201

RECEIVED, CLERKS OFFICE
2011 AUG -5 P 2: 11
US DISTRICT CT COLA. SC

Dear Mr Propes,

I am currently serving a 90 days jail sentence for a Probaition Viol. I was sentence July 25th, 2011 and will be released Sept 25, 2010. I am filing a motion to Extend time to file all motion with the Court becouse I do not have my paper work on me to do my filings. and I would like for the Court to Extend the time for me so that I can properly file my motions and proceed with my case. I would also like for the Clerk office to add my case number to my motoin for me becouse I do not have no paper work on me and I do not know my case number

Thank you
Nathaniel Gold
*Nathaniel Gold*

UNITED STATES DISTRICT COURT
District of South Carolina

CERTIFICATE OF SERVICE

I Nathaniel Gold hereby certify that I filed a Motion to Extend time to file all motion to the United States District Court, District of South Carolina by Mail to Clerk of Court Larry Propes from US Mail, Orangeburg-Calhoun Reg Det Center, August 3, 2011

Orangeburg, SC 29116
8-3-2011

Respectfully Submitted
Nathaniel Gold
*Nathaniel Gold*