Nathaniel Gold
Orangeburg-Calhoun Reg Det Center
P.O. Box 9000
Orangeburg, SC 29116

RECEIVED, CLERKS OFFICE
2011 AUG -5 P 2: 11
US DISTRICT CT COLA, SC

COLUMBIA SC 292
2011 PM 1 T

29201+23328

Mr Larry Propes, Clerk of Court
SC, District Court
901 Richland St.
Columbia, SC 29201

SEND MONEY BY POSTAL MONEY ORDER ONLY

THE ORANGEBURG-CALHOUN REGIONAL DETENTION
CENTER HAS NEITHER OPENED NOR INSPECTED
THIS ITEM, THEREFORE, THE CENTER DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS.

Orangeburg-Calhoun Regional
Detention Center
1520 Ellis Avenue
P.O. Box 9000
Orangeburg, SC 29116-9000