## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Gold,<br><br>                    Plaintiff,<br><br>    v.<br><br>Chief Capers Wannamaker, SMPD; Lt. Andrew Hayes, St. Matthews Police; Richard Murphy, Ofc SMPD; Edgar Williams, Ofc SMPD,<br><br>                    Defendants. | C/A No.: 5:11-476-HMH-JRM<br><br><br><br>**NOTICE OF DEATH** |

      This document serves as notice that Capers Wannamaker, former Chief of the St. Matthews Police Department, died on March 19, 2011, as evidenced by the obituary from The Times and Democrat newspaper attached as an Exhibit.

                                      RILEY POPE & LANEY, LLC

                                      s/Nikole H. Boland
                                        Roy F. Laney, Fed I.D. No. 5720
                                        Nikole H. Boland, Fed. I.D. No. 9184
                                        Damon C. Wlodarczyk, Fed. I.D. No. 9487
                                        Post Office Box 11412
                                        Columbia, South Carolina 29211
                                        Telephone:  (803) 799-9993
                                        Facsimile:  (803) 239-1414

                                        Attorneys for Defendants Andrew Hayes, Richard Murphy and Edgar Williams

Columbia, South Carolina

August 9, 2011