# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Gold,<br><br>    Plaintiff,<br><br>  v.<br><br>Chief Capers Wannamaker, SMPD; Lt. Andrew Hayes, St. Matthews Police; Richard Murphy, Ofc SMPD; Edgar Williams, Ofc SMPD,<br><br>    Defendants. | C/A No.: 5:11-476-HMH-JRM<br><br><br><br>**CERTIFICATE OF SERVICE** |

  This is to certify that I, Nikole H. Boland, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be served upon the person named below the attached **Notice of Death** in the above-captioned matter via United States mail, first-class postage prepaid, to the following individual:

Mr. Nathaniel Gold<br>
104 Carr Street<br>
St. Matthews, SC 29135

             s/Nikole H. Boland
             Nikole H. Boland

Columbia, South Carolina

August 9, 2011