**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Nathaniel Gold, | C/A No.: 5:11-476-HMH-JRM |
| Plaintiff, | |
| v. | |
| Chief Capers Wannamaker, SMPD; Lt. Andrew Hayes, St. Matthews Police; Richard Murphy, Ofc SMPD; Edgar Williams, Ofc SMPD, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

This is to certify that I, Nikole H. Boland, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be served upon the person named below the attached **Motion for Relief from Mediation Requirement** in the above-captioned matter via United States mail, first-class postage prepaid, to the following individual:

Mr. Nathaniel Gold
104 Carr Street
St. Matthews, SC 29135

s/Nikole H. Boland
Nikole H. Boland

Columbia, South Carolina

November 30, 2011