# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Gold,<br><br>                Plaintiff,<br><br>v.<br><br>Chief Capers Wannamaker, SMPD; Lt. Andrew Hayes, St. Matthews Police; Richard Murphy, Ofc SMPD; Edgar Williams, Ofc SMPD,<br><br>                Defendants. | C/A No.: 5:11-476-HMH-JRM<br><br><br><br>**CERTIFICATE OF SERVICE** |

      This is to certify that I, Nikole H. Boland, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be served upon the person named below the attached **Notice of Motion and Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment** in the above-captioned matter via United States mail, first-class postage prepaid, to the following individual:

                Mr. Nathaniel Gold
                104 Carr Street
                St. Matthews, SC 29135

                                    s/Nikole H. Boland
                                    Nikole H. Boland

Columbia, South Carolina

December 29, 2011