# UNITED STATES DISTRICT COURT

for the
District of South Carolina

|  |  |
|---|---|
| Nathaniel Gold | |
| *Plaintiff* | |
| v. | Civil Action No.   5:11-cv-00476-HMH |
| Chief Capers Wannamaker , SMPD; Judge Thomas Randolph, Jr.;  St. Matthews Police Dept; St Matthews Town Hall ; Lt. Andrew Hayes; Judge Robert Hill Lake, St. Matthew's Magistrate; Richard Murphy, Ofc SMPD; Edgar Williams, Ofc SMPD, | ) ) ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendants, Lt Andrew Hayes, Richard Murphy
and Edgar Williams, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to these
defendants is dismissed with prejudice for lack of prosecution and for failure to comply with this court's
orders pursuant to Rule 41(b).

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendants, Judge Thomas Randolph, Jr., St.
Matthews Police Dept, St Matthews Town Hall and Judge Robert Hill Lake, as to the complaint filed pursuant
to 42 U.S.C. §1983 and the action as to these defendants is dismissed without prejudice.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendant, Chief Capers Wannamaker,  as to
the complaint filed pursuant to 42 U.S.C. §1983 and the action against this defendant is dismissed without
prejudice pursuant to Fed. R. Civ. P. 25(a)..

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the action against defendants Lt Andrew Hayes, Richard Murphy and Edgar Williams with prejudice for lack of prosecution.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, in orders dated 4/19/2011 and 5/26/2011, which adopted the Reports and Recommendations set forth by the Honorable Joseph R. McCrorey, United States Magistrate Judge, which dismissed the action against defendants Judge Thomas Randolph, Jr., St. Matthews Police Dept, St Matthews Town Hall and Judge Robert Hill Lake without prejudice.

■decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, in the order dated 12/19/2012, which adopted the Report and Recommendation set forth by the Honorable Joseph R. McCrorey, United States Magistrate Judge, which dismissed the action against defendant Chief Capers Wannamaker without prejudice.

Date:  March 22, 2012                                    *CLERK OF COURT*

                                                        s/A. Buckingham
                                        _____
                                           *Signature of Clerk or Deputy Clerk*